JS-6

FILED
CLERK, U.S. DISTRICT COURT

10/14/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: CW   DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYU HWA BACK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DINH HAI BANH d/b/a SIMPLY PHO YOU and DOES 1–10,<br><br>　　　　Defendants. | Case No.: CV 20-02031-CJC(ASx)<br><br><br><br>JUDGMENT |

//
//
//
//
//
//

-1-

This matter came before the Court on Plaintiff's motion for default judgment. On October 14, 2020, the Court granted Plaintiff's motion. In accordance with the Court's Order, **IT IS HEREBY ORDERED** that judgment is entered in favor of Plaintiff in the amount of $1,640. Additionally, Defendant is ordered to provide a restroom and pathways at the restaurant which comply with the Americans with Disabilities Act Accessibility Guidelines.

DATED: October 14, 2020

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE